Robert Craig Smith

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT CRAIG SMITH**<br>Plaintiff(s),<br><br>v.<br><br>CITY OF CORVALLIS, OR, et al.<br>Defendant(s). | Case No.: 6:14-cv-01382-MC<br><br>PRO BONO APPOINTMENT<br>RESPONSE FORM |

_____ /

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☑ Representation of Robert Craig Smith for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

DATED this  2nd  day of  January, 2015.

*Teena K_____*
Signature

Teena Killian  OSB 100684
Printed Name and Oregon State Bar No.